# IN THE SUPREME COURT OF THE STATE OF NEVADA

KOO KWANG JUNG,
                    Appellant,
                vs.
WASHOE COUNTY; AND WASHOE
COUNTY D.A.'S OFFICE, BRUCE
HAHN,
                    Respondents.

No. 77259

FILED

FEB 06 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Cause appearing, appellant's pro se motion to voluntary withdraw this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. Jerome M. Polaha, District Judge
      Koo Kwang Jung
      Washoe County District Attorney/Civil Division
      Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

19-05658